## Philadelphia to use, Appellant, *v.* Fairhill Railroad Company (No. 2).

PER CURIAM, December 13, 1909:

The judgment is affirmed upon the authority of Philadelphia v. Philadelphia & Reading Railroad Company, 38 Pa. Superior Ct. 529.